# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Zee Zee Zelazurro, Jr.     **Case Number:** 6:17CR00422-001

**Name of Sentencing Judicial Officer:** The Honorable Timothy M. Cain, Chief United States District Judge

**Date of Original Sentence:** September 25, 2019

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 78 months followed by a 3-year term of supervised release with the following special conditions: 1) The defendant shall submit to substance abuse testing to determine if you have a prohibited substance. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable pursuant to the Court-approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid; and 2) The defendant shall participate in a program of mental health treatment as directed by the probation officer, until such time as the defendant is recommended for release from the program. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable pursuant to the Court-approved U.S. Probation Office's Sliding Scale for Services and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. The defendant was also ordered to pay a $100.00 special assessment.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** July 2, 2024

**Assistant U.S. Attorney:** Jamie Lea Nabors Schoen     **Defense Attorney:** James Todd Rutherford

**Previous Court Action/Notification(s):** On November 13, 2024, the Court was notified that on November 8, 2024, the defendant tested positive for cocaine use and this test was confirmed positive by Abbott Toxicology Services, Inc.  Your Honor held this violation in abeyance.

## PETITIONING THE COURT

☒     To issue a warrant (petition and warrant to remain under seal)

☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct:** On November 26, 2024, the defendant was arrested and charged with Domestic Violence of a High and Aggravated Nature by the Lexington County Sheriff's Department (*Warrant Number: 2024A3210202873*). According to the warrant, while at 204 Rindle Drive in Lexington, SC, the defendant committed extreme indifference to the value of his wife by holding a knife threatening to kill everyone. This incident occurred in the presence of four juvenile children who are nieces and nephews of the victim. The defendant and the victim are married and cohabitate together at 204 Rindle Drive Lexington, SC. |
| 2 | **New Criminal Conduct:** On November 26, 2024, the defendant was arrested and charged with Possession of a Weapon During a Violent Crime by the Lexington County Sheriff's Department (*Warrant Number: 2024A3210202872*). According to the warrant, while at 204 Rindle Drive in Lexington, SC, the defendant possessed a weapon during a violent crime when he committed the crime of Domestic Violence of a High and Aggravated Nature. The defendant committed extreme indifference to the value of his household member's life by holding at the victim(s) threatening to murder everyone. DVHAN is considered a violent crime by South Carolina Statute 16-1-60. |
| 3 | **Use/Possession of Illegal Drugs:** On November 8, 2024, the defendant submitted a urine sample which tested positive for cocaine use. This test was confirmed positive by Abbott Toxicology, Inc. on November 12, 2024, using GC/MS and/or LC-MS/MS. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 3, 2024

Ronnie M. Shealy, Jr.  
U.S. Probation Officer  
Columbia Office

Reviewed and Approved By:

Eugene E. Rodillo, Jr.  
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐     No action.

☒     The issuance of a warrant.

       X    **The Petition, Order and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the Petition, Order and Warrant may be unsealed by the Clerk.**

☐     The issuance of a summons.

**BOND CONSIDERATION:**

☒     Bond to be set at the discretion of the United States Magistrate Judge.

☐     No bond to be set.

☐     Other (specify):

s/ Timothy M. Cain
Timothy M. Cain
Chief U.S. District Judge

December 3, 2024
               Date