AO 442 (Rev. 11/11) Arrest Warrant

FJO# 1172406

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

4:11 pm, Dec 03 2024

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

| United States of America | ) | |
| v. | ) | Case No.   6:17CR422(1) |
| | ) | |
| | ) | |
| Zee Zee Zelazurro, Jr. | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Zee Zee Zelazurro, Jr.                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

Date:     12/03/2024

City and state:     Greenville, South Carolina

A. Ruttgers, Deputy Clerk
*Issuing officer's signature*

Robin Blume, Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/03/2024  , and the person was arrested on *(date)*  12/5/24  at *(city and state)*  Columbia, SC  . |
| Date:  12/6/24 |

*Arresting officer's signature*

DUSM   Nolan Dice
*Printed name and title*